IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| JESSICA KNIGHT on Behalf of Herself and Others Similarly Situated, | * * * * | |
| Plaintiff, | * * | CASE NO.:   4:16-CV-27-CDL |
| v. | * * | |
| HENRY J. HALL, D.V.M, P.C., d.b.a. NORTHSIDE ANIMAL HOSPITAL And HENRY JOSEPH HALL, Individually, | * * * * * | |
| Defendants. | * | |

## ORDER APPROVING FLSA SETTLEMENT

The Parties, having jointly moved [Doc. 13] for the review and approval of their Settlement Agreement and Release of Claims ("the Agreement") for good cause shown, the Court finds the terms of the Agreement to be fair and reasonable. Such terms include Defendants' payment of Four Hundred and Fifty Dollars ($450.00) to Plaintiff and Defendant's payment of Seven Thousand Dollars ($7,000.00) as attorney's fees to Plaintiff's counsel in consideration of the Agreement and other good and sufficient consideration, including Plaintiff's agreement to dismiss this Lawsuit with prejudice. IT IS HEREBY ORDERED that the Agreement is APPROVED and the Parties may proceed to consummate the resolution of the matter as agreed. The Court shall retain jurisdiction to enforce the terms of the Agreement.

SO ORDERED this 22nd day of July, 2016

s/Clay D. Land
CLAY D. LAND
CHIEF UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF GEORGIA